JODI LINKER
Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
Elizabeth_falk@fd.org

Counsel for Defendant CANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 23-494 RFL (LJC) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR TRAVEL** |
| LIZETTO CANO, | |
| Defendant. | |

    Lizette Cano is on pretrial release with the condition that she may not travel outside the Northern District of California without a Court order. Ms. Cano respectfully requests that she be allowed to drive to the Eastern District of California to visit her cousin in Anderson, CA, from April 12 – 14, 2024. She will be staying at her cousin's residence.

    She agrees to share her exact travel plans with U.S. Pretrial Services in advance and remain in contact with the assigned officer, including immediately upon her return to the Northern District of California. U.S. Pretrial Services has no objection to the proposed travel.

1

*U.S. v. Cano*, Case No. CR 23-494 RFL
(LJC) Stipulation and Order

Dated: April 9, 2024

JODI LINKER
Federal Public Defender
Northern District of California

_____/S_____
ELIZABETH FALK
Assistant Federal Public Defender

Dated: April 9, 2024

ISMAIL RAMSEY
United States Attorney
Northern District of California

_____/S_____
NICHOLAS PARKER
Assistant United States Attorney

IT IS SO ORDERED.

Dated: April 11, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge

2

*U.S. v. Cano*, Case No. CR 23-494 RFL
(LJC) Stipulation and Order