JODI LINKER
Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  415.436.7700
Facsimile:  415.436.7706
Elizabeth_falk@fd.org

Counsel for Defendant CANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LIZETTO CANO,<br><br>Defendant. | Case No. CR 23-494 RFL (LJC)<br><br>**STIPULATION AND ORDER FOR TRAVEL** |

    Lizette Cano is on pretrial release with the condition that she may not travel outside the Northern District of California without a Court order. Ms. Cano respectfully requests that she be allowed to travel to visit family in Los Angeles, CA from March 14 to March 16, 2025.

    She agrees to share her exact travel plans with U.S. Pretrial Services in advance and remain in contact with the assigned officer, including immediately upon her return to the Northern District of California. U.S. Pretrial Services and the government have no objection to the proposed travel.

1

*U.S. v. Cano*, Case No. CR 23-494 RFL (LJC)
Stipulation and Order

Dated: March 11, 2025

JODI LINKER
Federal Public Defender
Northern District of California

_____/S_____
ELIZABETH FALK
Assistant Federal Public Defender

Dated: March 11, 2025

PATRICK ROBBINS
Acting United States Attorney
Northern District of California

_____/S_____
NICHOLAS PARKER
Assistant United States Attorney

IT IS SO ORDERED.

Dated: March 11, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge

2

*U.S. v. Cano*, Case No. CR 23-494 RFL (LJC)
Stipulation and Order